```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                     :
UNITED STATES OF AMERICA             :
                                     :   UNSEALING ORDER
                - v. -               :
                                     :   22 Cr. 597 (  )
GAL LUFT,                            :
                                     :
                Defendant.           :
                                     :
- - - - - - - - - - - - - - - - - - X
```

Upon application of the United States of America, by and through Assistant United States Attorneys Catherine Ghosh and Daniel C. Richenthal, it is hereby ORDERED that Indictment 22 Cr. 597 ( ), which was filed under seal on November 1, 2022, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
       July 10, 2023

_____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 10, 2023

**BY EMAIL**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
New York, New York 10007

     Re:    *United States v. Gal Luft*,
               **22 Cr. 597 ( )**

Dear Judge Lehrburger:

      On November 1, 2022, the Grand Jury returned an indictment, 22 Cr. 597 ( ), which was filed under seal on the same date. The Government respectfully requests that this Indictment be unsealed. A proposed order is attached for your convenience.

                                                  Respectfully submitted,

                                                  DAMIAN WILLIAMS
                                                  United States Attorney

                                By:    s/ Catherine Ghosh
                                           Catherine Ghosh / Daniel C. Richenthal
                                           Assistant United States Attorneys
                                           (212) 637-1114 / 2109

Enclosure