

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 9, 2024

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    *United States v. Gal Luft*, 22 Cr. 597 (PGG)

Dear Judge Gardephe:

    The Government respectfully writes to provide an update on the status of the above-captioned case. On November 1, 2022, the Grand Jury returned an indictment, 22 Cr. 597, which was filed under seal on the same date. The defendant was arrested in Cyprus on February 17, 2023, but subsequently fled after being released on bail while extradition proceedings were pending. The Indictment was unsealed on July 10, 2023, and assigned to this Court. The defendant has now been re-arrested and the extradition process is proceeding. The Government expects the defendant to be transferred to the United States in the coming weeks or months, and will update the Court when it learns when the defendant is expected to arrive in this district for presentment.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    <u>s/ Catherine Ghosh</u>
    Catherine Ghosh
    Daniel C. Richenthal
    Assistant United States Attorneys
    (212) 637-1114 / 2109